```
                                              FILED
                                         US DISTRICT COURT
                                         DISTRICT OF NEBRASKA

                                            JUL 14 2005

        IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEBRASKA        OFFICE OF THE CLERK
```

| | | |
|---|---|---|
| JOHNNY M. RODRIGUEZ, | ) | CASE NO.: 8:04CV576 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | PROTECTIVE ORDER REGARDING |
| | ) | PLAINTIFF'S MEDICAL RECORDS |
| | ) | |
| UNION PACIFIC CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND ORDERED as follows:

1. Defendant has served Requests for Production of Documents and Interrogatories which seek confidential information concerning Plaintiff's medical condition. Subject to the terms of this Protective Order, Plaintiff must produce the responsive documents and responses to the discovery served on him by Defendants.

2. As provided below, Defendant may use the information concerning Plaintiff's medical condition only for trial preparation, discovery, and trial in this action.

3. Defendant may disclose information on plaintiff's medical condition to all witnesses and potential witnesses, including but not limited to, experts or consultants, the Court, jurors, court reporters, and associate clerical employees and legal assistants, provided that any person to whom the information is disclosed has a need to know the contents of the information.

4. Within thirty (30) days of settlement or the conclusion of litigation in this action, Defendant shall return to Plaintiff all documents produced concerning his medical condition.

IT IS SO ORDERED:

DATED this 14th day of July, 2005.

BY THE COURT:

_____
Thomas D. Thalken
United States Magistrate Judge

PREPARED & SUBMITTED BY:

Brian J. McGrath, #21567
LAMSON, DUGAN and MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114-3743
Telephone: (402) 397-7300
Facsimile: (402) 397-7824
Email: bmcgrath@ldmlaw.com

*ATTORNEYS FOR DEFENDANT*

APPROVED AS TO FORM AND CONTENT

_____ w/permission BJM
Jill K. Harker (#20714)
Aaron F. Smeall (#22756)
11620 Arbor Street, Suite 202
Omaha, NE 68144
Telephone: (402) 408-4000
Facsimile: (402) 408-4444

346560