IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHNNY M. RODRIGUEZ, | ) | |
| | ) | 8:04CV576 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNION PACIFIC CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion to Extend Dispositive Motion Deadline (Filing No. 24). The defendant seeks to extend the deadline for filing dispositive motions from October 17, 2005, **see** Filing No. 18, to November 7, 2005. Upon consideration and for good cause shown,

**IT IS ORDERED:**

1. The defendant's Motion to Extend Dispositive Motion Deadline (Filing No. 24) is granted.

2. The parties have to **on or before November 7, 2005,** in which to file motions for summary judgment.

DATED this 18th day of October, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge