# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE | ) | GENERAL ORDER |
| | ) | |
| ASSIGNMENT OF CASES TO | ) | No. 2006-05 |
| THE HONORABLE WILLIAM J. RILEY | ) | |

With the concurrence of Chief Circuit Judge James B. Loken, United States District Judges Joseph F. Bataillon, Richard G. Kopf, and Circuit Judge William J. Riley,

IT IS ORDERED:

1. Effective immediately, the following cases are reassigned from Judge Bataillon to Judge Riley for the purposes of trial:

    8:03CV214   infoUSA v. Dallas, et al.
    8:04CV576   Rodriguez v. UPRR

2. Effective immediately, the following cases are reassigned from Judge Kopf to Judge Riley for the purposes of trial:

    8:04CV596   Nelson v. Dunning, et al.
    8:04CV613   Hill v. Emergency Dental, et al.
    8:05CV01    Yatirim v. Whitmore
    8:05CV54    Benson v. Ford Motor Company, et al.
    8:05CV118   Brooks v. Lincoln National Life Insurance Company, et al.
    8:05CV273   Keim v. Alberts
    8:05CV276   Otoe County School District 111 v. Invensys Building Systems

3. The magistrate judge assignments will remain unchanged.

4. The above cases will be called for trial in the Court of Appeals Courtroom in the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska during the months of July or August.

DATED 30th day of March, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge