IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

)
)
)

## NOTICE

The following case will **not** be called for trial during the week of July 10, 2006:

| Civil No. | Case |
|---|---|
| 8:04CV613 | *Hill v. Emergency Dental* |

The above case, however, may be called for trial during July 26, 26, and 28; August 7, 8, 9, 10, 11, 14, 15, 16, 17, 18, 21, 22, 23, 24, 25, 28, 29, 30, and 31; September 1, 5, 6, 7, and 8, 2006, considering the estimated trial days and the court's available consecutive trial days.

The following cases remain scheduled for trial, in approximately the order listed during the week of July 10 and during July 26, 27, and 28, 2006:

| Civil No. | Case |
|---|---|
| 8:04CV576 | *Rodriguez v. UPRR* |
| 8:05CV276 | *Otoe County School District No. 111 v. Invensys Building* |
| 8:05CV273 | *Keim v. Alberts* |

Please keep yourself advised of the trial list status. If you have any scheduling conflicts, please notify my chambers promptly.

Dated this 23rd day of May, 2006.

BY THE COURT:

s/ William Jay Riley
United States Circuit Judge
Sitting by Designation