IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHNNY M. RODRIGUEZ, | ) | CASE NO.: 8:04CV576 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| UNION PACIFIC CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant filed a stipulated motion to continue the trial of this matter (Filing No. 76). For good cause shown, the court will grant Defendant's motion.

IT IS ORDERED:

1. The current trial date set for the week of July 10, 2006, is continued. The case will be tried on or after August 7, 2006.

2. The pretrial conference shall remain as scheduled on July 7, 2006.

Dated this 1st day of June, 2006.

BY THE COURT:

s/ William Jay Riley
United States Circuit Judge
(Sitting by Designation)