# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JOHNNY M. RODRIGUEZ** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:04CV576** |
| vs. ) | |
| ) | **ORDER** |
| **UNION PACIFIC CORPORATION** ) | |
| ) | |
| **Defendant.** ) | |

Upon the oral request of counsel for the plaintiff, the **pretrial conference** previously scheduled for July 7, 2006, at 11:00 a.m. is hereby **rescheduled to July 12, 2006, at 10:30 a.m.**

DATED this 7th day of July, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge